IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John C. Lockhart, Jr., | : | |
| Petitioner | : | Civil Action 2:09-cv-00443 |
| v. | : | Judge Sargus |
| Robert Welch, Warden | : | Magistrate Judge Abel |
| Respondent | : | |

## Order

Petitioner John C. Lockhart, Jr.'s February 18, 2010 objection (doc. 17) to Magistrate Judge Abel's February 2, 2010 Order denying his September 30, 2009 motion for appointment of counsel is **OVERRULED**.

The February 2 Order was not clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A). The denial of the motion for appointment of counsel is without prejudice to petitioner renewing the motion after the Magistrate Judge issues a report and recommendation for the disposition of the petition.

2-22-2010
Edmund A. Sargus, Jr.
United States District Judge