AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JOHN C. LOCKHART, JR.,**

      Petitioner,

                                  **JUDGMENT IN A CIVIL CASE**

**v.**

**ROBERT WELCH, WARDEN,**          **CASE NO. C2-09-443**
                                                 **JUDGE EDMUND A. SARGUS, JR.**
      Respondent.                **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

____  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the OPINION AND ORDER filed February 3, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: February 3, 2011                    JAMES BONINI, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk